STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. OSCAR S. ANDERSON, APPELLANT-DEFENDANT.

Submitted June 1, 1953—Decided June 8, 1953.

462

For the appellant, *Mr. Oscar S. Anderson,* in propria *persona.*

For the respondent, *Mr. Harry L. Towe* and *Mr. Paul T. Huckin.*

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Francis in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*For reversal*—None.